| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | Steven L. Hoch, Esq. (SBN 59505)<br>MORRIS POLICH & PURDY LLP<br>E-mail: shoch@mpplaw.com<br>MORRIS POLICH & PURDY LLP<br>1055 W. Seventh Street, 24th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 891-9100<br>Facsimile:  (213) 488-1178 |

JS-6

cc: timg@thegallaghergroup.com

Attorneys for Plaintiff
SOUTHERN CALIFORNIA WATER COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN CALIFORNIA<br>WATER COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>AEROJET-GENERAL<br>CORPORATION, et al.,<br><br>Defendants.<br><br>AND RELATED CROSS-<br>COMPLAINTS AND THIRD<br>PARTY COMPLAINT | Case No. CV-02-06340-ABC (RCx)<br><br>Audrey B. Collins, Judge Presiding<br>Rosalyn M. Chapman, Referral<br>Date filed: 08/14/2002<br><br>[~~PROPOSED~~] **FINAL JUDGMENT AND ORDER CLOSING CASE** |

As a result of the various Orders re Dismissal of the defendants in this action and those defendants' respective cross-complaints and third-party complaints, if any, the various Order Approving Settlements of the defendants and Issuing Bar Orders, and the Order to Dismiss Remaining Claims, the Court finds that there are no remaining claims to adjudicate in the above-referenced matter and therefore enters a final Judgment and Order closing this case. All parties shall bear their own attorneys' fees and costs.

Dated: 2/20/13 _____      By: _____
                                                           *Audrey B. Collins*
                                                           Judge of the U.S. District Court

L0409193

-1-
**[PROPOSED] JUDGMENT AND ORDER CLOSING CASE**